1  ROBERT J. WILGER, Bar No. 168402
   NATHALIE A. LE NGOC, Bar No. 254376
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:   408.998.4150

5  Attorneys for Defendants
   SUMMIT MECHANICAL SYSTEMS, INC.,
6  CORINNE KATHLEEN WHITE, LONNY
   MICHAEL WHITE; SMS INDUSTRIAL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; | Case No.  CV09-04408-JSW

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE ANSWER AND OTHER ASSOCIATED DEADLINES**

Plaintiffs,

v.

SUMMIT MECHANICAL SYSTEMS, INC., a California corporation; CORINNE KATHLEEN WHITE, an individual; LONNY MICHAEL WHITE, an individual; SMS INDUSTRIAL, INC. a.k.a. S M S INDUSTRIAL, INC., a California corporation; and DOES 1 through 50, inclusive;

Defendants.

FIRMWIDE:93141048.1 063956.1001         1          Case No.  CV09-04408-JSW

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER

## STIPULATION

Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The parties jointly agree to extend the deadline for Defendants to file their answer by forty-five (45) days to **January 18, 2010**.

2. The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan; to file ADR certification signed by the parties and their respective counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **March 15, 2010**.

3. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **March 29, 2010**.

4. The initial case management conference shall be held on **April 5, 2009**, in Courtroom E, 15th Floor at 10:00 a.m.

| | |
|---|---|
| 1 | Dated: December 4, 2009 |
| 2 | |
| 3 | |

Dated: December 4, 2009

*[signature]*

MICHAEL E. MOSS
HENRY Y. CHIU
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND

Dated: December 4, 2009

*[signature]*

NATHALIE A. LE NGOC
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN WHITE, LONNY MICHAEL WHITE; SMS INDUSTRIAL, INC.

## ORDER

Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

1. The deadline for Defendants to file their answer will be extended by forty-five (45) days to **January 18, 2010**.

2. The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan; to file ADR certification signed by the parties and their respective counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **March 15, 2010**.

3. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **March 22, 2010**.

4. The initial case management conference shall be held on **April 5 [9], 2009,** ~~in Courtroom E, 15th Floor at 10:00 a.m.~~ at 1:30 p.m.

IT IS SO ORDERED.

Dated: December 8, 2009

*/s/ Jeffrey S. White*
HON. JEFFERY S. WHITE
U.S. DISTRICT COURT JUDGE