ROBERT J. WILGER, Bar No. 168402
NATHALIE A. LE NGOC, Bar No. 254376
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendants
SUMMIT MECHANICAL SYSTEMS, INC.,
CORINNE KATHLEEN WHITE, LONNY
MICHAEL WHITE; SMS INDUSTRIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND;<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT MECHANICAL SYSTEMS, INC., a California corporation; CORINNE KATHLEEN WHITE, an individual; LONNY MICHAEL WHITE, an individual; SMS INDUSTRIAL, INC. a.k.a. S M S INDUSTRIAL, INC., a California corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. CV09-04408-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE ANSWER AND OTHER ASSOCIATED DEADLINES** |

## STIPULATION

Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The parties jointly agree to extend the deadline for Defendants to file their answer by forty-five (45) days to **January 18, 2010**.

2. The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan; to file ADR certification signed by the parties and their respective counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **March 15, 2010**.

3. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **March 29, 2010**.

4. The initial case management conference shall be held on **April 5, 2009**, in Courtroom E, 15th Floor at 10:00 a.m.

| | |
|---|---|
| 1  Dated: December 4, 2009 | |
| 2 | _/s/ Michael E. Moss_ |
| 3 | MICHAEL E. MOSS |
| 4 | HENRY Y. CHIU |
|   | KIMBLE, MacMICHAEL & UPTON |
| 5 | A Professional Corporation |
|   | Attorneys for Plaintiffs |
| 6 | BOARD OF TRUSTEES OF THE PIPE |
|   | TRADES DISTRICT COUNCIL NO. 36 |
| 7 | HEALTH AND WELFARE TRUST FUND; |
|   | BOARD OF TRUSTEES OF THE PIPE |
|   | TRADES DISTRICT COUNCIL NO. 36 |
| 8 | PENSION TRUST FUND; BOARD OF |
|   | TRUSTEES OF THE PIPE TRADES |
| 9 | DISTRICT COUNCIL NO. 36 APPRENTICE |
|   | TRAINING TRUST FUND; and BOARD OF |
| 10 | TRUSTEES OF THE CENTRAL |
|    | CALIFORNIA PIPE TRADES INDUSTRY |
| 11 | LABOR-MANAGEMENT COOPERATION |
|    | COMMITTEE TRUST FUND |
| 12 | |
| 13  Dated: December 4, 2009 | |
| 14 | _/s/ Nathalie A. Le Ngoc_ |
| 15 | NATHALIE A. LE NGOC |
|    | LITTLER MENDELSON |
| 16 | A Professional Corporation |
|    | Attorneys for Defendants |
| 17 | SUMMIT MECHANICAL SYSTEMS, INC., |
|    | CORINNE KATHLEEN WHITE, LONNY |
| 18 | MICHAEL WHITE; SMS INDUSTRIAL, INC. |

## ORDER

Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

1. The deadline for Defendants to file their answer will be extended by forty-five (45) days to **January 18, 2010**.

2. The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan; to file ADR certification signed by the parties and their respective counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **March 15, 2010**.

3. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **March 22, 2010**.

4. The initial case management conference shall be held on **April ~~5~~ 9, 2009,** ~~in Courtroom E, 15th Floor at 10:00 a.m.~~ at 1:30 p.m.

IT IS SO ORDERED.

Dated: December 8, 2009

_____
HON. JEFFERY S. WHITE
U.S. DISTRICT COURT JUDGE