ROBERT J. WILGER, Bar No. 168402
NATHALIE A. LE NGOC, Bar No. 254376
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendants
SUMMIT MECHANICAL SYSTEMS, INC.,
CORINNE KATHLEEN WHITE, LONNY
MICHAEL WHITE; SMS INDUSTRIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; <br><br> Plaintiffs, <br><br> v. <br><br> SUMMIT MECHANICAL SYSTEMS, INC., a California corporation; CORINNE KATHLEEN WHITE, an individual; LONNY MICHAEL WHITE, an individual; SMS INDUSTRIAL, INC. a.k.a. S M S INDUSTRIAL, INC., a California corporation; and DOES 1 through 50, inclusive; <br><br> Defendants. | Case No. CV09-04408-JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE ANSWER AND OTHER ASSOCIATED DEADLINES** |

1

**STIPULATION**

2     Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT

3 COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF

4 THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF

5 TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING

6 TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE

7 TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST

8 FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN

9 WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the

10 parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

11    1.  The parties jointly agree to extend the deadline for Defendants to file their answer

12        by thirty (30) days to **March 7, 2010**.

13    2.  The last day for the parties to meet and confer re: initial disclosures, early

14        settlement, the ADR process selection and a discovery plan; to file ADR

15        certification signed by the parties and their respective counsel; and file either a

16        Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be

17        **May 3, 2010**.

18    3.  The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

19        or state objections in a Rule 26(f) Report and to file a Case Management Statement

20        per the Standing Order re: Contents of Joint Case Management Statement shall be

21        **May 15, 2010**.

22    4.  The initial case management conference shall be held on **May 22, 2010**, in

23        Courtroom E, 15th Floor at 10:00 a.m.

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER

1    Dated: February 5, 2010

2

3                           MICHAEL E. MOSS

                              HENRY Y. CHIU

4                             KIMBLE, MacMICHAEL & UPTON

                             A Professional Corporation

5                             Attorneys for Plaintiffs

                             BOARD OF TRUSTEES OF THE PIPE

6                             TRADES DISTRICT COUNCIL NO. 36

                            HEALTH AND WELFARE TRUST FUND;

7                             BOARD OF TRUSTEES OF THE PIPE

                            TRADES DISTRICT COUNCIL NO. 36

8                             PENSION TRUST FUND; BOARD OF

                            TRUSTEES OF THE PIPE TRADES

9                             DISTRICT COUNCIL NO. 36 APPRENTICE

                            TRAINING TRUST FUND; and BOARD OF

10                            TRUSTEES OF THE CENTRAL

                           CALIFORNIA PIPE TRADES INDUSTRY

11                            LABOR-MANAGEMENT COOPERATION

                           COMMITTEE TRUST FUND

12

13    Dated: February 5, 2010

14                             /s/

15                             NATHALIE A. LE NGOC

                            LITTLER MENDELSON

16                            A Professional Corporation

                            Attorneys for Defendants

17                            SUMMIT MECHANICAL SYSTEMS, INC.,

                            CORINNE KATHLEEN WHITE, LONNY

18                            MICHAEL WHITE; SMS INDUSTRIAL,

                            INC.

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER

1

## ORDER

2      Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

3      1.      The deadline for Defendants to file their answer will be extended by thirty (30)

4              days to **March 7, 2010**.

5      2.      The last day for the parties to meet and confer re: initial disclosures, early

6              settlement, the ADR process selection and a discovery plan; to file ADR

7              certification signed by the parties and their respective counsel; and file either a

8              Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be

9              **May 3, 2010**.

10     3.      The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

11             or state objections in a Rule 26(f) Report and to file a Case Management Statement

12             per the Standing Order re: Contents of Joint Case Management Statement shall be

13             **May 15, 2010**.

14     4.      The initial case management conference shall be held on ~~May 22, 2010, in~~

15             ~~Courtroom E, 15th Floor at 10:00 a.m.~~ June 4, 2010 at 1:30 p.m.

16     For future requests and stipulations, the parties are admonished to select dates that comport with
       the undersigned's calendar and to reflect that this case has been reassigned.

17

18     IT IS SO ORDERED.

19

20     Dated: __ February 9, 2010 _____

21

22                                          _Jeffrey S. White_____

23                                          HON. JEFFERY S. WHITE
                                            U.S. DISTRICT COURT JUDGE

24

25

26

27

28

FIRMWIDE:93989653.1 063956.1001                    4                    Case No.  CV09-04408-JSW

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER