1   ROBERT J. WILGER, Bar No. 168402
    NATHALIE A. LE NGOC, Bar No. 254376
2   LITTLER MENDELSON
    A Professional Corporation
3   50 West San Fernando Street, 15th Floor
    San Jose, CA  95113.2303
4   Telephone:   408.998.4150

5   Attorneys for Defendants
    SUMMIT MECHANICAL SYSTEMS, INC.,
6   CORINNE KATHLEEN WHITE, LONNY
    MICHAEL WHITE; SMS INDUSTRIAL, INC.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11   BOARD OF TRUSTEES OF THE PIPE            Case No.  CV09-04408-JSW
     TRADES DISTRICT COUNCIL NO. 36
12   HEALTH AND WELFARE TRUST                 **JOINT STIPULATION AND [PROPOSED]**
     FUND; BOARD OF TRUSTEES OF THE           **ORDER TO CONTINUE DEFENDANTS'**
13   PIPE TRADES DISTRICT COUNCIL             **DEADLINE TO FILE ANSWER AND**
     NO. 36 PENSION TRUST FUND;               **OTHER ASSOCIATED DEADLINES**
14   BOARD OF TRUSTEES OF THE PIPE
     TRADES DISTRICT COUNCIL NO. 36
15   APPRENTICE TRAINING TRUST
     FUND; BOARD OF TRUSTEES OF THE
16   CENTRAL CALIFORNIA PIPE TRADES
     INDUSTRY LABOR-MANAGEMENT
17   COOPERATION COMMITTEE TRUST
     FUND;
18
                   Plaintiffs,
19
            v.
20
     SUMMIT MECHANICAL SYSTEMS,
21   INC., a California corporation; CORINNE
     KATHLEEN WHITE, an individual;
22   LONNY MICHAEL WHITE, an
     individual; SMS INDUSTRIAL, INC.
23   a.k.a. S M S INDUSTRIAL, INC., a
     California corporation;
24   and DOES 1 through 50, inclusive;

25                 Defendants.

26

27

28

FIRMWIDE:93989653.1 063956.1001                1              Case No.  CV09-04408-JSW

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER

1    **STIPULATION**

2    Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT

3    COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF

4    THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF

5    TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING

6    TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE

7    TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST

8    FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN

9    WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the

10   parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

11       1.    The parties jointly agree to extend the deadline for Defendants to file their answer

12             by thirty (30) days to **March 7, 2010**.

13       2.    The last day for the parties to meet and confer re: initial disclosures, early

14             settlement, the ADR process selection and a discovery plan; to file ADR

15             certification signed by the parties and their respective counsel; and file either a

16             Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be

17             **May 3, 2010**.

18       3.    The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

19             or state objections in a Rule 26(f) Report and to file a Case Management Statement

20             per the Standing Order re: Contents of Joint Case Management Statement shall be

21             **May 15, 2010**.

22       4.    The initial case management conference shall be held on **May 22, 2010**, in

23             Courtroom E, 15th Floor at 10:00 a.m.

24

25

26

27

28

1    Dated: February 5, 2010

2

3                                                    MICHAEL E. MOSS
                                                     HENRY Y. CHIU
4                                                    KIMBLE, MacMICHAEL & UPTON
                                                     A Professional Corporation
5                                                    Attorneys for Plaintiffs
                                                     BOARD OF TRUSTEES OF THE PIPE
6                                                    TRADES DISTRICT COUNCIL NO. 36
                                                     HEALTH AND WELFARE TRUST FUND;
7                                                    BOARD OF TRUSTEES OF THE PIPE
                                                     TRADES DISTRICT COUNCIL NO. 36
8                                                    PENSION TRUST FUND; BOARD OF
                                                     TRUSTEES OF THE PIPE TRADES
9                                                    DISTRICT COUNCIL NO. 36 APPRENTICE
                                                     TRAINING TRUST FUND; and BOARD OF
10                                                   TRUSTEES OF THE CENTRAL
                                                     CALIFORNIA PIPE TRADES INDUSTRY
11                                                   LABOR-MANAGEMENT COOPERATION
                                                     COMMITTEE TRUST FUND
12

13   Dated: February 5, 2010

14                                                     /s/
                                                     NATHALIE A. LE NGOC
15                                                   LITTLER MENDELSON
                                                     A Professional Corporation
16                                                   Attorneys for Defendants
                                                     SUMMIT MECHANICAL SYSTEMS, INC.,
17                                                   CORINNE KATHLEEN WHITE, LONNY
                                                     MICHAEL WHITE; SMS INDUSTRIAL,
18                                                   INC.

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER

1                                       **<ins>ORDER</ins>**

2      Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

3      1.      The deadline for Defendants to file their answer will be extended by thirty (30)

4             days to **March 7, 2010**.

5      2.      The last day for the parties to meet and confer re: initial disclosures, early

6             settlement, the ADR process selection and a discovery plan; to file ADR

7             certification signed by the parties and their respective counsel; and file either a

8             Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be

9             **May 3, 2010**.

10     3.      The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

11            or state objections in a Rule 26(f) Report and to file a Case Management Statement

12            per the Standing Order re: Contents of Joint Case Management Statement shall be

13            **May 15, 2010**.

14     4.      The initial case management conference shall be held on ~~May 22, 2010, in~~

15            ~~Courtroom E, 15th Floor at 10:00 a.m.~~ June 4, 2010 at 1:30 p.m.

16  For future requests and stipulations, the parties are admonished to select dates that comport with
the undersigned's calendar and to reflect that this case has been reassigned.

17

18      IT IS SO ORDERED.

19

20  Dated: February 9, 2010

21

22

23                             HON. JEFFERY S. WHITE
                                U.S. DISTRICT COURT JUDGE

24

25

26

27

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER