| | |
|---|---|
| 1 | ROBERT J. WILGER, Bar No. 168402 |
| 2 | NATHALIE A. LE NGOC, Bar No. 254376<br>LITTLER MENDELSON |
|  | A Professional Corporation |
| 3 | 50 West San Fernando Street, 15th Floor<br>San Jose, CA 95113.2303 |
| 4 | Telephone: 408.998.4150 |
| 5 | Attorneys for Defendants |
|  | SUMMIT MECHANICAL SYSTEMS, INC., |
| 6 | CORINNE KATHLEEN WHITE, LONNY<br>MICHAEL WHITE; SMS INDUSTRIAL, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND;<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT MECHANICAL SYSTEMS, INC., a California corporation; CORINNE KATHLEEN WHITE, an individual; LONNY MICHAEL WHITE, an individual; SMS INDUSTRIAL, INC. a.k.a. S M S INDUSTRIAL, INC., a California corporation;<br>and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. CV09-04408-JSW<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE ANSWER AND OTHER ASSOCIATED DEADLINES** |
|---|---|

FIRMWIDE:94362374.1 063956.1001        1        Case No. CV09-04408-JSW

AMENDED JT STIP AND [PROPOSED] ORDER TO CONTINUE DEFS' DEADLINE TO FILE ANSWER

## STIPULATION

Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The parties jointly agree to extend the deadline for Defendants to file their answer by thirty (30) days to **April 7, 2010**.

2. The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan; to file ADR certification signed by the parties and their respective counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **June 2, 2010**.

3. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **June 14, 2010**.

4. The initial case management conference shall be held on **June 25, 2010**, in Courtroom 11, 19th Floor at 1:30 p.m.

| | |
|---|---|
| 1 | Dated: March 5, 2010 |
| 2 | |
| 3 | _____ |
| | MICHAEL E. MOSS |
| 4 | HENRY Y. CHIU |
| | KIMBLE, MacMICHAEL & UPTON |
| 5 | A Professional Corporation |
| | Attorneys for Plaintiffs |
| 6 | BOARD OF TRUSTEES OF THE PIPE |
| | TRADES DISTRICT COUNCIL NO. 36 |
| 7 | HEALTH AND WELFARE TRUST FUND; |
| | BOARD OF TRUSTEES OF THE PIPE |
| | TRADES DISTRICT COUNCIL NO. 36 |
| 8 | PENSION TRUST FUND; BOARD OF |
| | TRUSTEES OF THE PIPE TRADES |
| 9 | DISTRICT COUNCIL NO. 36 APPRENTICE |
| | TRAINING TRUST FUND; and BOARD OF |
| 10 | TRUSTEES OF THE CENTRAL |
| | CALIFORNIA PIPE TRADES INDUSTRY |
| 11 | LABOR-MANAGEMENT COOPERATION |
| | COMMITTEE TRUST FUND |
| 12 | |
| 13 | Dated: March 5, 2010 |
| 14 | |
| | ___/s/_____ |
| 15 | NATHALIE A. LE NGOC |
| | LITTLER MENDELSON |
| 16 | A Professional Corporation |
| | Attorneys for Defendants |
| 17 | SUMMIT MECHANICAL SYSTEMS, INC., |
| | CORINNE KATHLEEN WHITE, LONNY |
| 18 | MICHAEL WHITE; SMS INDUSTRIAL, INC. |

**ORDER**

Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

1. The deadline for Defendants to file their answer will be extended by thirty (30) days to **April 7, 2010**.

2. The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan; to file ADR certification signed by the parties and their respective counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **June 2, 2010**.

3. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **June 14, 2010**.

4. The initial case management conference shall be held on **June 25, 2010** in Courtroom 11, 19th Floor at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 8, 2010

*/s/ Jeffrey S. White*

HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE