UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT MECHANICAL SYSTEMS, INC., et al.<br><br>Defendant. | CASE NO. CV CV09-04408-JSW<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

**I. ADR PROCESS**

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

    ☐ Non-binding

    ☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☒ Mediation

**Private ADR process:**

☐ Type of Process: _____

Name, address and phone number of private provider:

_____

_____

_____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

II. **TIMING FOR ADR PROCESS**

[X] **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by September 23, 2010 (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

[ ] **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered – the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

Dated: June 4 2010

_____
Plaintiff
Henry Y. Chiu (Counsel)

Dated: June 4, 2010

_____
Defendant
Nathalie A. Le Ngoc (Counsel)

IT IS SO ORDERED.

Dated: June 7, 2010

_____
United States District Judge
Hon. Jeffrey S. White