ROBERT J. WILGER, Bar No. 168402
NATHALIE A. LE NGOC, Bar No. 254376
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150

Attorneys for Defendants
SUMMIT MECHANICAL SYSTEMS, INC.,
CORINNE KATHLEEN WHITE, LONNY
MICHAEL WHITE; SMS INDUSTRIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND;<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT MECHANICAL SYSTEMS, INC., a California corporation; CORINNE KATHLEEN WHITE, an individual; LONNY MICHAEL WHITE, an individual; SMS INDUSTRIAL, INC. a.k.a. S M S INDUSTRIAL, INC., a California corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. CV09-04408-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PARTIES' DEADLINE FOR RULE 26(f) INITIAL DISCLOSURES AND JOINT CASE MANAGEMENT STATEMENT** |

## STIPULATION

Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The last day for the parties to meet and confer re: initial disclosures, early settlement and a discovery plan shall be **August 31, 2010**.

2. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **September 12, 2010**.

3. The initial case management conference shall be held on **September 24, 2010**, in Courtroom 11, 19th Floor at 1:30 p.m.

Dated: July 14, 2010

_____
MICHAEL E. MOSS
HENRY Y. CHIU
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE PIPE
TRADES DISTRICT COUNCIL NO. 36
HEALTH AND WELFARE TRUST FUND;
BOARD OF TRUSTEES OF THE PIPE
TRADES DISTRICT COUNCIL NO. 36
PENSION TRUST FUND; BOARD OF
TRUSTEES OF THE PIPE TRADES
DISTRICT COUNCIL NO. 36 APPRENTICE
TRAINING TRUST FUND; and BOARD OF
TRUSTEES OF THE CENTRAL
CALIFORNIA PIPE TRADES INDUSTRY
LABOR-MANAGEMENT COOPERATION
COMMITTEE TRUST FUND

Dated: July 15, 2010

        /s/Nathalie A. Le Ngoc
_____
NATHALIE A. LE NGOC
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
SUMMIT MECHANICAL SYSTEMS, INC.,
CORINNE KATHLEEN WHITE, LONNY
MICHAEL WHITE; SMS INDUSTRIAL,
INC.

**ORDER**

Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

1. The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan shall be **August 31, 2010**.

2. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be ~~September 12, 2010.~~ SEPTEMBER 17, 2010.

3. The initial case management conference shall be held on **September 24, 2010** in Courtroom 11, 19th Floor at 1:30 p.m.

IT IS SO ORDERED.

Dated: July 19, 2010

*/s/ Jeffrey S. White*
HON. JEFFERY S. WHITE
U.S. DISTRICT COURT JUDGE