1   ROBERT J. WILGER, Bar No. 168402
    NATHALIE A. LE NGOC, Bar No. 254376
2   LITTLER MENDELSON
    A Professional Corporation
3   50 West San Fernando Street, 15th Floor
    San Jose, CA  95113.2303
4   Telephone:    408.998.4150

5   Attorneys for Defendants
    SUMMIT MECHANICAL SYSTEMS, INC.,
6   CORINNE KATHLEEN WHITE, LONNY
    MICHAEL WHITE; SMS INDUSTRIAL, INC.
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   BOARD OF TRUSTEES OF THE PIPE          Case No.  CV09-04408-JSW
     TRADES DISTRICT COUNCIL NO. 36
12   HEALTH AND WELFARE TRUST               **JOINT STIPULATION AND [~~PROPOSED~~]**
     FUND; BOARD OF TRUSTEES OF THE         **ORDER TO CONTINUE THE PARTIES'**
13   PIPE TRADES DISTRICT COUNCIL           **DEADLINE FOR RULE 26(f) INITIAL**
     NO. 36 PENSION TRUST FUND;             **DISCLOSURES AND JOINT CASE**
14   BOARD OF TRUSTEES OF THE PIPE          **MANAGEMENT STATEMENT**
     TRADES DISTRICT COUNCIL NO. 36
15   APPRENTICE TRAINING TRUST
     FUND; BOARD OF TRUSTEES OF THE
16   CENTRAL CALIFORNIA PIPE TRADES
     INDUSTRY LABOR-MANAGEMENT
17   COOPERATION COMMITTEE TRUST
     FUND;
18
                 Plaintiffs,
19
            v.
20
     SUMMIT MECHANICAL SYSTEMS,
21   INC., a California corporation; CORINNE
     KATHLEEN WHITE, an individual;
22   LONNY MICHAEL WHITE, an
     individual; SMS INDUSTRIAL, INC.
23   a.k.a. S M S INDUSTRIAL, INC., a
     California corporation;
24   and DOES 1 through 50, inclusive;

25               Defendants.

26

27

28

1    **STIPULATION**

2           Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT

3    COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF

4    THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF

5    TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING

6    TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE

7    TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST

8    FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN

9    WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the

10   parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

11          1.     The last day for the parties to meet and confer re: initial disclosures, early

12                 settlement and a discovery plan shall be **September 30, 2010**.

13          2.     The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

14                 or state objections in a Rule 26(f) Report and to file a Case Management Statement

15                 per the Standing Order re: Contents of Joint Case Management Statement shall be

16                 **October 15 18, 2010.**

17          3.     The initial case management conference shall be held on **October 22 25, 2010**, in

18                 Courtroom 11, 19th Floor at 1:30 p.m.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Dated: September 17, 2010

MICHAEL E. MOSS
HENRY Y. CHIU
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE PIPE
TRADES DISTRICT COUNCIL NO. 36
HEALTH AND WELFARE TRUST FUND;
BOARD OF TRUSTEES OF THE PIPE
TRADES DISTRICT COUNCIL NO. 36
PENSION TRUST FUND; BOARD OF
TRUSTEES OF THE PIPE TRADES
DISTRICT COUNCIL NO. 36 APPRENTICE
TRAINING TRUST FUND; and BOARD OF
TRUSTEES OF THE CENTRAL
CALIFORNIA PIPE TRADES INDUSTRY
LABOR-MANAGEMENT COOPERATION
COMMITTEE TRUST FUND

Dated: September 17, 2010

NATHALIE A. LE NGOC
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
SUMMIT MECHANICAL SYSTEMS, INC.,
CORINNE KATHLEEN WHITE, LONNY
MICHAEL WHITE; SMS INDUSTRIAL,
INC.

1

## ORDER

2    Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

3    1.    The last day for the parties to meet and confer re: initial disclosures, early

4          settlement, the ADR process selection and a discovery plan shall be **September**

5          **30, 2010**.

6    2.    The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

7          or state objections in a Rule 26(f) Report and to file a Case Management Statement

8          per the Standing Order re: Contents of Joint Case Management Statement shall be

9          **October 15, 2010**.

10   3.    The initial case management conference shall be held on **October 22, 2010** in

11         Courtroom 11, 19th Floor at 1:30 p.m.

12

13

14   IT IS SO ORDERED.

15

16   Dated: _____September 21, 2010_____

17

18                                          _____

19                                          HON. JEFFERY S. WHITE
                                            U.S. DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

JT STIP AND [PROPOSED] ORD TO CONT DEADLINE RE RULE 26(f) INITIAL DISCL & JT CMC STMT