1  ROBERT J. WILGER, Bar No. 168402
    NATHALIE A. LE NGOC, Bar No. 254376
2  LITTLER MENDELSON
    A Professional Corporation
3  50 West San Fernando Street, 15th Floor
    San Jose, CA  95113.2303
4  Telephone:    408.998.4150

5  Attorneys for Defendants
    SUMMIT MECHANICAL SYSTEMS, INC.,
6  CORINNE KATHLEEN WHITE, LONNY
    MICHAEL WHITE; SMS INDUSTRIAL, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 BOARD OF TRUSTEES OF THE PIPE<br>TRADES DISTRICT COUNCIL NO. 36<br>12 HEALTH AND WELFARE TRUST<br>FUND; BOARD OF TRUSTEES OF THE<br>13 PIPE TRADES DISTRICT COUNCIL<br>NO. 36 PENSION TRUST FUND;<br>14 BOARD OF TRUSTEES OF THE PIPE<br>TRADES DISTRICT COUNCIL NO. 36<br>15 APPRENTICE TRAINING TRUST<br>FUND; BOARD OF TRUSTEES OF THE<br>16 CENTRAL CALIFORNIA PIPE TRADES<br>INDUSTRY LABOR-MANAGEMENT<br>17 COOPERATION COMMITTEE TRUST<br>FUND;<br>18<br>           Plaintiffs,<br>19<br>    v.<br>20<br>SUMMIT MECHANICAL SYSTEMS,<br>21 INC., a California corporation; CORINNE<br>KATHLEEN WHITE, an individual;<br>22 LONNY MICHAEL WHITE, an<br>individual; SMS INDUSTRIAL, INC.<br>23 a.k.a. S M S INDUSTRIAL, INC., a<br>California corporation;<br>24 and DOES 1 through 50, inclusive;<br>25          Defendants. | Case No.  CV09-04408-JSW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE THE PARTIES'<br>DEADLINE FOR RULE 26(f) INITIAL<br>DISCLOSURES AND JOINT CASE<br>MANAGEMENT STATEMENT** |

26

27

28

## STIPULATION

Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1.  The last day for the parties to meet and confer re: initial disclosures, early settlement and a discovery plan shall be **November 29, 2010**.

2.  The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be **December 14, 2010.**

3.  The initial case management conference shall be held on **December 21, 2010**, in Courtroom 11, 19th Floor at 1:30 p.m.

///
///
///
///
///
///
///
///
///
///

1   Dated: October 5, 2010

2

3                                         _____
                                          MICHAEL E. MOSS
4                                         HENRY Y. CHIU
                                          KIMBLE, MacMICHAEL & UPTON
5                                         A Professional Corporation
                                          Attorneys for Plaintiffs
6                                         BOARD OF TRUSTEES OF THE PIPE
                                          TRADES DISTRICT COUNCIL NO. 36
7                                         HEALTH AND WELFARE TRUST FUND;
                                          BOARD OF TRUSTEES OF THE PIPE
8                                         TRADES DISTRICT COUNCIL NO. 36
                                          PENSION TRUST FUND; BOARD OF
9                                         TRUSTEES OF THE PIPE TRADES
                                          DISTRICT COUNCIL NO. 36 APPRENTICE
10                                        TRAINING TRUST FUND; and BOARD OF
                                          TRUSTEES OF THE CENTRAL
11                                        CALIFORNIA PIPE TRADES INDUSTRY
                                          LABOR-MANAGEMENT COOPERATION
12                                        COMMITTEE TRUST FUND

13  Dated: October 5, 2010

14
                                          /s/ Nathalie A. Le Ngoc
15                                        _____
                                          NATHALIE A. LE NGOC
16                                        LITTLER MENDELSON
                                          A Professional Corporation
17                                        Attorneys for Defendants
                                          SUMMIT MECHANICAL SYSTEMS, INC.,
18                                        CORINNE KATHLEEN WHITE, LONNY
                                          MICHAEL WHITE; SMS INDUSTRIAL,
19                                        INC.

20

21

22

23

24

25

26

27

28

JT STIP AND [PROPOSED] ORD TO CONT DEADLINE RE RULE 26(f) INITIAL DISCL & JT CMC STMT

## <u>ORDER</u>

Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

1. ~~The last day for the parties to meet and confer re: initial disclosures, early settlement, the ADR process selection and a discovery plan shall be November 29, 2010.~~

2. ~~The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report and to file a Case Management Statement per the Standing Order re: Contents of Joint Case Management Statement shall be December 14, 2010.~~

3. ~~The initial case management conference shall be held on December 21, 2010 in Courtroom 11, 19th Floor at 1:30 p.m.~~

The Court DENIES the parties' stipulation without prejudice. The parties have already stipulated numerous time to continuing the initial case management conference without providing any reason or good cause. Moreover, the Court holds case management conferences on *FRIDAYS*. If the parties provide a good reason for another continuance and stipulate to an open Friday, the Court will consider their request.

IT IS SO ORDERED.

Dated: October 7, 2010 _____

_____
HON. JEFFERY S. WHITE
U.S. DISTRICT COURT JUDGE

JT STIP AND [PROPOSED] ORD TO CONT DEADLINE RE RULE 26(f) INITIAL DISCL & JT CMC STMT