1  ROBERT J. WILGER, Bar No. 168402
   NATHALIE A. LE NGOC, Bar No. 254376
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:     408.998.4150

5  Attorneys for Defendants
   SUMMIT MECHANICAL SYSTEMS, INC.,
6  CORINNE KATHLEEN WHITE, LONNY
   MICHAEL WHITE; SMS INDUSTRIAL, INC.
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  BOARD OF TRUSTEES OF THE PIPE          Case No.  CV09-04408-JSW
    TRADES DISTRICT COUNCIL NO. 36
12  HEALTH AND WELFARE TRUST               **JOINT STIPULATION AND [PROPOSED]**
    FUND; BOARD OF TRUSTEES OF THE         **ORDER TO CONTINUE THE PARTIES'**
13  PIPE TRADES DISTRICT COUNCIL           **DEADLINE FOR RULE 26(f) INITIAL**
    NO. 36 PENSION TRUST FUND;             **DISCLOSURES AND JOINT CASE**
14  BOARD OF TRUSTEES OF THE PIPE          **MANAGEMENT STATEMENT**
    TRADES DISTRICT COUNCIL NO. 36
15  APPRENTICE TRAINING TRUST
    FUND; BOARD OF TRUSTEES OF THE
16  CENTRAL CALIFORNIA PIPE TRADES
    INDUSTRY LABOR-MANAGEMENT
17  COOPERATION COMMITTEE TRUST
    FUND;
18
              Plaintiffs,
19
         v.
20
    SUMMIT MECHANICAL SYSTEMS,
21  INC., a California corporation; CORINNE
    KATHLEEN WHITE, an individual;
22  LONNY MICHAEL WHITE, an
    individual; SMS INDUSTRIAL, INC.
23  a.k.a. S M S INDUSTRIAL, INC., a
    California corporation;
24  and DOES 1 through 50, inclusive;

25            Defendants.

26

27

28

FIRMWIDE:98087092.1 063956.1001                1            Case No.  CV09-04408-JSW

JT STIP AND [PROPOSED] ORD TO CONT DEADLINE RE RULE 26(f) INITIAL DISCL & JT CMC STMT

**<u>STIPULATION</u>**

Plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, and Defendants SUMMIT MECHANICAL SYSTEMS, INC., CORINNE KATHLEEN WHITE, LONNY MICHAEL WHITE, SMS INDUSTRIAL, INC. (hereinafter collectively "the parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1.   The last day for the parties to meet and confer re: initial disclosures, early settlement and a discovery plan shall be **January 28, 2011.**

2.   The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report shall be **February 11, 2011.**

///
///
///
///
///
///
///
///
///
///

1    Dated: October 15, 2010

2
                                        /s/ Henry Y. Chiu
3                                       MICHAEL E. MOSS
                                        HENRY Y. CHIU
4                                       KIMBLE, MacMICHAEL & UPTON
                                        A Professional Corporation
5                                       Attorneys for Plaintiffs
                                        BOARD OF TRUSTEES OF THE PIPE
6                                       TRADES DISTRICT COUNCIL NO. 36
                                        HEALTH AND WELFARE TRUST FUND;
7                                       BOARD OF TRUSTEES OF THE PIPE
                                        TRADES DISTRICT COUNCIL NO. 36
8                                       PENSION TRUST FUND; BOARD OF
                                        TRUSTEES OF THE PIPE TRADES
9                                       DISTRICT COUNCIL NO. 36 APPRENTICE
                                        TRAINING TRUST FUND; and BOARD OF
10                                      TRUSTEES OF THE CENTRAL
                                        CALIFORNIA PIPE TRADES INDUSTRY
11                                      LABOR-MANAGEMENT COOPERATION
                                        COMMITTEE TRUST FUND
12
     Dated: October 5, 2010
13

14                                      /s/ Nathalie A. Le Ngoc
                                        NATHALIE A. LE NGOC
15                                      LITTLER MENDELSON
                                        A Professional Corporation
16                                      Attorneys for Defendants
                                        SUMMIT MECHANICAL SYSTEMS, INC.,
17                                      CORINNE KATHLEEN WHITE, LONNY
                                        MICHAEL WHITE; SMS INDUSTRIAL,
18                                      INC.

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

3      1.      The last day for the parties to meet and confer re: initial disclosures, early

4              settlement, the ADR process selection and a discovery plan shall be **January 28,**

5              **2011.**

6      2.      The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

7              or state objections in a Rule 26(f) Report shall be **February 11, 2011.**

8  The Court HEREBY CONTINUES the case management conference to February 4, 2010 at
   1:30 p.m.  The parties shall file an updated case management statement by January 28, 2010.

9

10      IT IS SO ORDERED.

11

12  Dated: _____October 19, 2010_____

13

14                                          _____
                                            HON. JEFFERY S. WHITE
15                                          U.S. DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

JT STIP AND [~~PROPOSED~~] ORD TO CONT DEADLINE RE RULE 26(f) INITIAL DISCL & JT CMC STMT