MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiffs

ROBERT J. WILGER  168402
NATHALIE A. LE NGOC  254376
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando, 15th Floor
San Jose, California  95113-2303
Telephone:  (408) 998-4150

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>SUMMIT MECHANICAL SYSTEMS, INC., a California corporation; CORINNE KATHLEEN WHITE, an individual; LONNY MICHAEL WHITE, an individual; SMS INDUSTRIAL, INC. a.k.a. S M S INDUSTRIAL, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV09-04408-JSW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO EXECUTE SETTLEMENT AGREEMENT** |

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
TO EXECUTE SETTLEMENT AGREEMENT

Plaintiffs Board of Trustees of Pipe Trades District Council No. 36 Health and Welfare Trust Fund et al. (collectively, "Plaintiffs") and defendants Summit Mechanical Systems, Inc. et al. (collectively "Defendants") hereby stipulate, and request an order, as to the following:

1. A Case Management Conference is currently scheduled for 1:30 pm on February 4, 2011, in Courtroom 11 of the above-identified Court.

2. The Parties have agreed to the terms of a written Settlement Agreement, and are in the process of circulating the Agreement and accompanying documents for execution.

3. The Parties hereby respectfully request a further continuance of the Case Management Conference to 1:30 pm on March 4, 2011, in Courtroom 11 of the above-identified Court, to permit the Parties sufficient time to execute all of the documents, and for Plaintiffs to request a dismissal of this action.

4. The Parties further respectfully request that the deadline for them to file a Rule 26(f) Report, complete initial disclosures, or state objections in a Rule 26(f) Report be further continued to March 4, 2011.

Dated: February 3, 2011.

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By      */s/ Henry Y. Chiu*
    HENRY Y. CHIU
    Attorney for Plaintiffs

Dated: February 3, 2011.

LITTLER MENDELSON
A Professional Corporation

By      */s/ Nathalie A. Le Ngoc*
    NATHALIE A. LE NGOC
    Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: February 4, 2011

HON. JEFFREY S. WHITE
United States District Court Judge

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489