IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, ET AL.,

    Plaintiffs,

  v.

SUMMIT MECHANICAL SYSTEMS, INC., ET AL.,

    Defendants.

No. C 09-04408 JSW

**ORDER REQUIRING JOINT STATUS REPORT AND CONTINUING CASE MANAGEMENT CONFERENCE**

By Order entered on February 4, 2011, the Court continued the case management conference in this action to March 4, 2011, pursuant to the parties' stipulated request, having "agreed to the terms of a written Settlement Agreement," for further continuance of the case management conference "to permit the Parties sufficient time to execute all of the documents, and for Plaintiffs to request a dismissal of this action." (Doc. no. 43.) The parties have filed neither a request for dismissal nor a timely joint case management statement. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report to the Court as to whether and when they expect to file a dismissal of this action. The parties' joint status report shall be due by no later than March 11, 2011.

The case management conference set for March 4, 2011, is continued to March 25, 2011, at 1:30 p.m. in Courtroom 11.

**IT IS SO ORDERED.**

Dated: March 3, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE