1  MICHAEL E. MOSS  63408
   HENRY Y. CHIU  222927
2  MOSS, TUCKER, CHIU, HEBESHA & WARD PC
   A Professional Corporation
3  5260 North Palm Avenue, Suite 205
   Fresno, California  93704-2215
4  Telephone:  (559) 436-3847

5  Attorneys for Plaintiffs

6  ROBERT J. WILGER  168402
   NATHALIE A. LE NGOC  254376
7  LITTLER MENDELSON
   A Professional Corporation
8  50 West San Fernando, 15th Floor
   San Jose, California  95113-2303
9  Telephone:  (408) 998-4150

10 Attorneys for Defendants

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                            * * *

14 | BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, | Case No. CV09-04408-JSW

   **STIPULATION AND ORDER TO DISMISS ACTION SUBJECT TO SETTLEMENT AGREEMENT**

21              Plaintiffs,
        v.

22 SUMMIT MECHANICAL SYSTEMS, INC., a California corporation; CORINNE KATHLEEN WHITE, an individual; LONNY MICHAEL WHITE, an individual; SMS INDUSTRIAL, INC. a.k.a. S M S INDUSTRIAL, INC., a California corporation; and DOES 1 through 50, inclusive,

                Defendants.

LAW OFFICES
Moss, Tucker, Chiu, Hebesha & Ward
A Professional Corporation
5260 North Palm Avenue
Suite 205
Fresno, CA 93704

1
STIPULATION AND ORDER TO DISMISS ACTION SUBJECT TO SETTLEMENT AGREEMENT

Plaintiffs Board of Trustees of Pipe Trades District Council No. 36 Health and Welfare Trust Fund et al. (collectively, "Plaintiffs") and defendants Summit Mechanical Systems, Inc. et al. (collectively "Defendants") hereby stipulate, and request an order, as to the following:

1. that the Court dismiss the present action, without prejudice, as to all Defendants, due to the parties' settlement of the action pursuant to a written "Settlement Agreement Between the Pipe Trades District Council No. 36 Trust Funds and Summit et al."; and

2. that the Court retain jurisdiction to enforce the terms of said Agreement.

Dated: March 24, 2011.           MOSS, TUCKER, CHIU, HEBESHA & WARD
                                 A Professional Corporation

                                 By   */s/ Henry Y. Chiu*
                                    HENRY Y. CHIU
                                    Attorney for Plaintiffs

Dated: March 24, 2011.           LITTLER MENDELSON
                                 A Professional Corporation

                                 By   */s/ Nathalie A. Le Ngoc*
                                    NATHALIE A. LE NGOC
                                    Attorney for Defendants

**ORDER**

THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE. THE COURT SHALL RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES.

IT IS SO ORDERED.

Dated: March 28, 2011

_____
HON. JEFFREY S. WHITE
United States District Court Judge

6151.24

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

STIPULATION AND ORDER TO DISMISS ACTION SUBJECT TO SETTLEMENT AGREEMENT