IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, ET AL.,

    Plaintiffs,

v.

SUMMIT MECHANICAL SYSTEMS, INC., ET AL.,

    Defendants.

No. C 09-04408 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

By Order entered on March 21, 2011, the Court issued an Order to show cause why the Complaint should not be dismissed and to show cause why monetary sanctions should not be imposed on counsel for failure to comply with Court orders. On March 24, 2011, the parties filed stipulation to dismiss the case, which the Court entered on March 28, 2011. Mr. Chiu filed a response to the Order to show cause on behalf of Plaintiffs' counsel on March 24, 2011. Ms. Ngoc filed a response on behalf of defense counsel on March 29, 2011. Accordingly, the Order to show cause is hereby discharged.

**IT IS SO ORDERED.**

Dated: April 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE